IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

ROBERT D. WURZBURG                                                                                    PLAINTIFF

v.                                              Case No. 6:19-cv-6024

ANDREW M. SAUL, Commissioner,
Social Security Administration                                                                        DEFENDANT

## JUDGMENT

Before the Court is the Report and Recommendation filed April 14, 2020, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas.  (ECF No. 13). Judge Bryant recommends affirming the ALJ's decision denying Plaintiff's claim for Social Security benefits and dismissing Plaintiff's case with prejudice.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, based on its own *de novo* review, the Court adopts the Report and Recommendation (ECF No. 13) *in toto*.  The ALJ's decision in this matter is hereby **AFFIMRED**.  Accordingly, Plaintiff's case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 29th day of April, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge